UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>REMACOR, INC.,<br><br>Defendant. | Civil Action No. 05-2138  (CKK) |

**RULE 4(m) WARNING ORDER**
(March 6, 2006)

The Complaint in this case was filed on November 2, 2005, but there is no record that a copy of the Complaint has been served on the Defendant Remacor, Inc., despite the passage of over 120 days.  Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is hereby

**ORDERED** that by Monday, March 20, 2006, Plaintiff either cause process to be served <u>and</u> proof of service to be filed with the Court, or file a status report with the Court that indicates why service has not been made.

**SO ORDERED.**

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge