```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND, ) <br> NATIONAL PENSION PLAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> REMACOR, INC., ) <br> ) <br> Defendant. ) | Case No. 05CV2138 CKK |

## AFFIDAVIT OF SERVICE

I, Richard A. Ament, being duly authorized to make service of the Summons & Complaint in the above-entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is 4250 Steubenville Pike, Pittsburgh, PA 15205.

At 3:52 p.m. on the 7th day of November, 2005, I served the within named defendant, REMACOR, Inc., by leaving a copy of the Summons & Complaint with Joseph Jackman, President, at Route 168, West Pittsburg, PA 16160.

/s/
Process Server

Subscribed and sworn to before me this 8th day of November, 2005.

Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County

My Commission expires on February 17, 2007.