UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
I.A.M. NATIONAL PENSION FUND, )
NATIONAL PENSION PLAN, et al.,)
                              )
             Plaintiffs,      )
                              )
     v.                       )   Case No. 05CV2138 CKK
                              )
REMACOR, INC.,                )
                              )
             Defendant.       )
_____)
```

AFFIDAVIT OF SERVICE

I, Richard A. Ament, being duly authorized to make service of the Summons & Complaint in the above-entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is 4250 Steubenville Pike, Pittsburgh, PA 15205.

At 3:52 p.m. on the 7th day of November, 2005, I served the within named defendant, REMACOR, Inc., by leaving a copy of the Summons & Complaint with Joseph Jackman, President, at Route 168, West Pittsburg, PA 16160.

/s/
Process Server

Subscribed and sworn to before me this 8th day of November, 2005.

/s/
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County

My Commission expires on February 17, 2007.