UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
I.A.M. NATIONAL PENSION FUND,  )
NATIONAL PENSION PLAN, et al., )
                               )
              Plaintiffs,      )
                               )
      v.                       )  Case No. 05CV2138 CKK
                               )
REMACOR, INC.,                 )
                               )
              Defendant.       )
_____)
```

NOTICE OF FILING

Plaintiffs, I.A.M. National Pension Fund, National Pension Plan, et al., through their counsel, hereby notify the Court of their intent to file the attached Consent Decree. The parties to this action have agreed that the attached decreed may be filed for the signature of Judge Kollar-Kotelly and that this matter, pending satisfaction of the decree by the defendant, may be dismissed.

                                       Respectfully submitted,

Dated: March 27, 2006

                                     /s/
                                   Joseph P. Martocci, Jr., #955716
                                   1300 Connecticut Avenue, NW,
                                   Suite 300
                                   Washington, DC 20036
                                   (202) 785-2658
                                   jmartocci@iamnpf.org

                                   Attorney for Plaintiffs