UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

I.A.M. NATIONAL PENSION FUND, )
NATIONAL PENSION PLAN, et al., )
                               )
            Plaintiffs,        )
                               )
    v.                         )   Case No. 05CV2138 CKK
                               )
REMACOR, INC.,                 )
                               )
            Defendant.         )
_____)

CONSENT DECREE

Plaintiffs, I.A.M. National Pension Fund, National Pension Plan, et al., have alleged that the defendant, Remacor, Inc., has been delinquent in pension payments which it is obligated by a collective bargaining agreement to make to the Plan. Defendant admits that it was delinquent in making its pension payments.

The parties having agreed that the following decree may be entered by the Court without findings of fact and conclusions of law having been made, NOW THEREFORE, it is this      day of March, 2006, Ordered Adjudged and Decreed as follows:

1.  Defendant, Remacor, Inc., shall pay the plaintiff Plan, $18,036.15, broken down as follows:

    a.  $13,068.00, pension contributions for the months of January, 2005 through and including October, 2005;

    b.  $3,713.39 ($2,556.32, liquidated damages, and $1,157.07, interest), in satisfaction of its

-2-

        obligations to the Plan under Article V, Section 4 of the Fund Trust Agreement;

    c.    $900.00, attorneys' fees; and

    d.    $354.76, court costs.

2.    The defendant, its officers, agents, successors and assigns are hereby permanently enjoined from failing or refusing, to satisfy this Decree, thereby remitting to the plaintiff Plan the full amount set forth in paragraph 1 above.

_____
Colleen Kollar-Kotelly
United States District Judge

3/27/06

AGREED TO:

By:

/S/
_____
Joseph P. Martocci, Jr., #955716
1300 Connecticut Avenue, NW,
Suite 300
Washington, DC 20036
(202) 785-2658
jmartocci@iamnpf.org

Attorney for Plaintiffs

/S/
_____
Joseph Jackman
Route 168
West Pittsburg, PA 16160
(724) 535-4357

President of Defendant

2